AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** NEVADA

UNITED STATES OF AMERICA    1067811

V.

WANDA HERNANDEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR-N-05-0184-ECR-VPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    WANDA HERNANDEZ
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possession of Stolen Mail Aiding and Abetting

MAR 6

CLERK, U.S. DISTRICT COURT

in violation of
Title    18    United States Code, Section(s) 1708 and 2

ROBERT A. McQUAID, JR.
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

9-14-05    RENO, NEVADA
Date and Location

Bail fixed at $ _____    by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| SUBJECT ARRESTED BY USMS - LAS VEGAS DH |
| DATE RECEIVED 9/14/05    NAME AND TITLE OF ARRESTING OFFICER 11/18/05 SIGNATURE OF ARRESTING OFFICER |
| AND ARRAIGNED ON |
| IN THE DISTRICT OF NEVADA |
| DATE OF ARREST 11/18/05 |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____