UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
M E M O R A N D U M


RE:  Wanda Hernandez

CASE NO.: 3:05-cr-184-ECR-VPC

**SUPERVISION REPORT**
**REQUEST FOR EARLY TERMINATION**


May 11, 2010


TO:   THE HONORABLE EDWARD C. REED
      United States District Judge

On May 1, 2006, Ms. Wanda Hernandez was sentenced by Your Honor to five years probation after having pleaded guilty to Possession of Stolen Mail and Aiding and Abetting. In addition to all standard conditions of supervision, the following special conditions were imposed: Possession of Weapons, Warrantless Search, Substance Abuse Treatment, Restitution Obligation, 80 Hours of Community Service, Six Months Home Confinement with Electronic Monitoring, Debt Obligation, Access to Financial Information, and No Contact with Co-Defendants. Ms. Hernandez was also liable for a $100 special assessment and $7,867.32 in restitution. Ms. Hernandez has satisfied all conditions of her supervision and she has not incurred any known violations. On November 9, 2007, Ms. Hernandez was transferred to a less intensive caseload due to her compliant behavior while on probation.

Our office does not have any objection to the proposed early termination of supervision. She has completed four years of a five year probation term and she has not incurred any known violations.

Pursuant to 18 U.S.C. 3564(c) and the Probation Monograph 109, Ms. Hernandez meets the criteria allowing her to qualify for an early termination from her probation.

It is respectfully recommended that the offender be terminated from supervision. We have enclosed the Probation Form 35/Report and Order Terminating Probation Prior to Regular Expiration for Your Honor's approval and signature.

If Your Honor has any questions or concerns regarding this matter, the undersigned will be available at the Court's convenience.

Respectfully submitted,

JEFFREY K. SHORT
United States Probation Officer Assistant

APPROVED: _____ 5-11-10
MICHAEL G. MASTRANGIOLI, Supervising
U.S. Probation Officer