Wanda Hernandez

141 Sul Ponticello Ave.
Henderson, NV.
89011
910-361-0102
rosa121035@yahoo.com



____ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 26 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: ____________ DEPUTY


July 21, 2023

United States District Court of Nevada
333 S Las Vegas, NV.
89101

RE: Motion to Seal Case #3-05CR184

Dear Presiding Judge,

I hope this letter finds you in good health and high spirits. I am writing to respectfully request the sealing of Case #3-05CR184, as I believe I have demonstrated significant rehabilitation and positive contributions to society since the completion of my probation and my honorable discharge of said case.

I would like to highlight the following points in support of my motion:

1. Timely Completion of Probation: I successfully completed my probationary period, adhering to all the conditions and requirements imposed by the court. I remained fully compliant throughout the entire probation term, demonstrating my commitment to personal growth and rehabilitation.

2. Pardon by the State of Nevada: I am grateful to inform the court that I have been granted a full pardon by the State of Nevada. This pardon signifies that the state recognizes my efforts towards reform and acknowledges my rehabilitation. It serves as a testament to my commitment to living a law-abiding and productive life.

3. Academic Achievements: Since the conclusion of the case, I have pursed higher education and obtained a Bachelor's degree in Science of Human Services Management and a Master's in Business. These educational accomplishments reflect my dedication to personal development and acquiring the skills necessary to positively impact the lives of others.

4. Dedication to Helping Others: I have devoted my life to assisting teenagers and adults with troubled pasts and mental health issues. I have actively participated in various community service programs and non-profit organizations focused on providing guidance, support, and resources to individuals seeking to rebuild their lives. These endeavors demonstrate my sincere desire to make a positive impact and contribute meaningfully to society.

5. Personal Growth and Peaceful Living: I have consistently maintained a law-abiding lifestyle and embraced a path of peace and harmony. I have strived to embody the values of empathy, integrity, and compassion in all my interactions and endeavors. This commitment to personal growth and peaceful living is an essential aspect of my character.

Sealing this case would not only acknowledge my efforts towards rehabilitation but also provide me with a renewed sense of closure and the ability to move forward confidently. It would enable me to fully integrate into society without the burden of a past mistake hindering my progress or impacting my professional and personal pursuits.

I understand that the sealing of this case is not an automatic process and requires careful consideration by the court. However, I firmly believe that the circumstances of my case and my subsequent achievements warrants the sealing of Case # 3-05CR184. I kindly request that you grant this motion in the interest of justice and as a recognition of my substantial rehabilitation.

Thank you for your time and consideration. I would be honored to provide any additional Information required. Please find enclosed supporting documentation, including copies of my academics degrees and the official pardon from the State of Nevada.

Yours sincerely,

Wanda Hernandez

W. H




*Upon the recommendation of the Faculty,*
*University of Phoenix does hereby confer upon*

*Wanda Hernandez*

*the degree of*

*Master of Business Administration*

*with all the rights, honors and privileges thereunto appertaining.*

*In witness whereof, the seal of the University and the signatures as authorized by the Board of Trustees, University of Phoenix, are hereunto affixed, this thirty-first day of March, in the year two thousand sixteen.*



Chairman, Board of Trustees




President




*Upon the recommendation of the Faculty,*
*University of Phoenix does hereby confer upon*

## *Wanda Hernandez*

*the degree of*

## *Bachelor of Science in Human Services Management*

*with all the rights, honors and privileges thereunto appertaining.*

*In witness whereof, the seal of the University and the signatures as authorized by the Board of Directors, University of Phoenix, are hereunto affixed, this twenty-eighth day of February, in the year two thousand ten.*

UNIVERSITY OF PHOENIX

*Chairman, Board of Directors*

*President*




# Unconditional Pardon

*The State of Nevada, to All to Whom These Presents Shall Come, Sends Greetings:*

**WHEREAS,** the Nevada Board of Pardons Commissioners. Comprised of the Governor the Justices of the Supreme Court and the Attorney General, by the power under Article 5 Section 14 of the Constitution of the State of Nevada, may commute punishments and grant pardons upon such conditions and with such limitations and restrictions as they may think proper: and

**WHEREAS,** On or about November 26, 2002, **Wanda Hernandez** was sentenced by the Honorable William A. Maddox of the First Judicial District Court, in and for Carson City, State of Nevada, for the crime of Possession of a Controlled Substance in case 02-01188C.

**WHEREAS,** On or about July 13, 2004, **Wanda Hernandez** was sentenced by Honorable William A. Maddox of the First Judicial District Court, in and for Carson City, State of Nevada, for the crime of Theft, Removal or Receiving Stolen Credit Card in case 03-01157C.

**WHEREAS,** The said **Wanda Hernandez** has made application for a pardon, and no good cause appearing why said application should not be granted:

**WE**, the Nevada Board of Pardons Commissioners, by virtue of the authority vested by the Constitution and laws of the State of Nevada, do hereby pardon and remove all legal disabilities flowing from the convictions in Cases 02-01188C & 03-01157C and restore the said **Wanda Hernandez** all rights heretofore enjoyed by them including the right to bear arms

**In Testimony Whereof,** We have severally signed and caused these presents to be attested with the Great Seal of the State of Nevada. Done at Carson City, Nevada, this 22nd day of June 2021 A.D

*Steve Sisolak, Governor of Nevada*

*Aaron D. Ford, Attorney General*

*James W. Hardesty, Chief Justice of the Supreme Court*

*Ronald D. Parraguirre, Justice of the Supreme Court*

*Lidia S. Stiglich, Justice of the Supreme Court*

*Elissa F. Cadish, Justice of the Supreme Court*

*Abbi Silver, Justice of the Supreme Court*

*Kristina Pickering, Justice of the Supreme Court*

*Douglas W. Herndon, Justice of the Supreme Court*



ATTEST:

*Barbara K. Cegavske, Secretary of State*

CERTIFIED COPY:
The document to which this certificate is attached is a full, true and correct copy of the document(s) on file and of record in the office of The Nevada Board of Pardons Commissioners.

Name / Title: Denise Davis, Pardons Board Executive Secretary
Signature:
Date: 7/31/2021


Wanda
141 Sul Ponticello Ave.
Henderson, NV.
89011
CERTIFIED MAIL®
7022 3330 0001 0972 8669
Retail
89101
RDC 99
U.S. POSTAGE PAID
FCM LG ENV
HENDERSON, NV 89015
JUL 24, 2023
$5.94
R2305E125037-72
FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 26 2023
BY:
DEPUTY
XRAYED US MARSHALS SERVICE
United States District Court of Nevada
333 S Las Vegas Blvd.
Las Vegas, NV. 89101